UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>ROBERT L. VON KROSIGK,<br><br>    Defendant. | CASE NO. CR. S-05-168 WBS<br><br>SECOND ORDER DENYING MOTION FOR STAY OF EXECUTION AND FOR RELEASE PENDING APPEAL |

----oo0oo----

On February 13, 2006, Appellate Commissioner Peter L. Shaw ordered the Clerk to return defendant's motion for bail pending appeal to this court. This court had previously denied defendant's motion by written order filed February 6, 2006.

After soliciting and considering the views of the United States Attorney, the court finds no reason to change its previous order. Therefore, for the reasons set forth in this

///
///
///

1

court's order of February 6, 2006 (Docket entry 101), defendant's motion for release on bail pending appeal is again DENIED.

The Clerk is ordered to forward a copy of this Order to Ninth Circuit Appellate Commissioner Peter L. Shaw for filing in Court of Appeals No. 06-30081.

DATED:  April 5, 2006

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2